**No. 60369.**—Artmart Linen Co., Inc., *v.* United States, protest 271610–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of doilies similar in all material respects to those the subject of Abstract 58520, the claim of the plaintiff was sustained.

**No. 60370.**—Regal Novelty Co., Inc. *v.* United States, protest 247144–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that item No. M–846 is not in chief value of yarns, threads, or filaments, but is in chief value of ramie, the claim of the plaintiff was sustained as to said item.